Reade, J.
 

 The entry upon the docket by the plaintiff, in the suit of
 
 Fels
 
 v.
 
 Slade,
 
 (the same in which this motion is made,) of a
 
 cesset executio,
 
 until April Term, 1867, did not annul or suspend the judgment so as to avoid
 
 & fieri facias
 
 issued on it-.
 
 Cody
 
 v.
 
 Quinn,
 
 6 Ire., 191. But still it was so far binding between the parties, that the court would compel them to observe it. And the plaintiff Fels having had a
 
 fieri facias
 
 issued upon it before the expiration of the time, it would have been proper for the court, upon the motion of Slade, the defendant in that suit, to set aside the execution.
 

 Observe, we say,
 
 upon the motion of Slade;
 
 for, very clearly, no one except him could maintain the motion. And so far from this being Slade’s motion, he appeared in court and protested against the motion of Shelton. Slade had 'the right either to insist upon or to waive the
 
 cesset executio,
 
 and he did the latter.
 

 Per Curiam. There is no error.